UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN MOLOGOUSIS,

    Plaintiff,

v.                                                          Case No:  2:13-cv-575-FtM-38UAM

COMFORT ZONE MASSAGE
SERVICES, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Plaintiff Steven Mologousis' Notice of Voluntary Dismissal (Doc. #9) filed on September 26, 2013.  The Plaintiff moves the Court to voluntarily dismiss his case under Fed. R. Civ. P. 41(a)(1)(A)(1) stating that his FLSA claim has been settled without compromise.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that the Parties have settled the FLSA case and advises that he voluntarily dismisses the Complaint with prejudice. This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.* The Parties have reached a settlement agreement and seek court approval of that agreement. In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."

<u>Lynn Food's</u> requires a court to determine whether a plaintiff's *compromise* of his or her claims is fair and reasonable. Boehne v. Easycredit Auto Sales, Inc., 2010 WL 4005367, * 2 (M.D. Fla. September 24, 2010) (citing Lynn's Food Stores, 679 F.2d at 1354–55). The Motion states that Plaintiff has not compromised his claim. (Doc. # 9). Because his claim has not been compromised, the Agreement is necessarily a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Boehne, 2010 WL 4005367, * 2 (quoting Lynn's Food, 679 F.2d at 1354)).  Thus, the Court "need not scrutinize the settlement further to consider whether the payment to [plaintiff's] attorney, the hourly rate claimed by [plaintiff's] attorney, or the costs claimed by [plaintiff's] attorney are reasonable." *See* Granger v. Water Sports Management, Inc., 2009 WL 1396286 at *2 (M.D.Fla. May 18, 2009). *See also* Duncan v. Jim Fralin Construction, Inc., 2009 WL 910689 at *1 (M.D. Fla. Apr. 2, 2009) ("[w]here the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial

approval is not required.' ") (quoting <u>Feagans v. Americana Jax Inv., Inc.</u>, 2008 WL 782488 at * 1 (M.D.Fla. Mar.20, 2008). Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff Steven Mologousis' Notice of Voluntary Dismissal (Doc. #9) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record